AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA

V.

LITTLEHAWK EAGLEELK

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 20-CR-4049-LTS

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Leonard T. Strand, Chief Judge
Name and Title of Judge

5/12/2023
Date